

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Newport News Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:25CR 51 |
| | ) | |
| v. | ) | 18 U.S.C. § 2252A (a)(2) |
| | ) | Receipt of Child Pornography |
| DAVID CHRISTOPHER SCHAEFER | ) | (Count 1) |
| | ) | |
| | ) | 18 U.S.C. § 2252A (a)(2) |
| | ) | Distribution of Child Pornography |
| | ) | (Counts 2-3) |
| | ) | |
| | ) | 18 U.S.C. § 1001 |
| | ) | Making Materially False Statements |
| | ) | to an Agent of the United States |
| | ) | (Count 4) |
| | ) | |
| | ) | 18 U.S.C. § 2253 |
| | ) | Forfeiture |

**INDICTMENT**

August 2025 Term - At Newport News, Virginia

**COUNT ONE**

THE GRAND JURY CHARGES THAT:

On or about April 26, 2025, in the Eastern District of Virginia, the defendant, DAVID CHRISTOPHER SCHAEFER, knowingly received material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "msgld1745675271884.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated masturbation and oral-genital sexual intercourse between a minor

1

female prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT TWO

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 27, 2025, in the Eastern District of Virginia, the defendant, DAVID CHRISTOPHER SCHAEFER, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "compress1745728800444msgld1744153002306.mp4," depicting a minor engaging in sexually explicit conduct, specifically, actual and simulated masturbation, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

On or about April 28, 2025, in the Eastern District of Virginia, the defendant, DAVID CHRISTOPHER SCHAEFER, knowingly distributed material containing an image of child pornography as defined by 18 U.S.C. § 2256(8), to wit: a video entitled "compress1745838088210msgld1744152501023.mp4," depicting a minor engaging in sexually

explicit conduct, specifically, actual and simulated masturbation and oral-genital sexual intercourse between a minor female prepubescent child, that had been mailed and using any means and facility of interstate and foreign commerce shipped and transported in or affecting interstate and foreign commerce by any means, including by computer.

(In violation of Title 18, United States Code, Section 2252A(a)(2) and(b)(1).)

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about May 5, 2025, in the Eastern District of Virginia, DAVID CHRISTOPHER SCHAEFER, the defendant, did knowingly and willfully make a false, fictitious and fraudulent material statement and representation, and to falsify, cover up by trick, scheme, and device a material fact, in a matter within the jurisdiction of the Judicial branch of the United States Government, to wit: the United States Probation Office, in that he knowingly and falsely denied that he had unauthorized access to the Internet and that he viewed pornography. At the time, DAVID CHRISTOPHER SCHAEFER provided this statement to the United States Probation Officer, for DAVID CHRISTOPHER SCHAEFER then and there well knew that HE HAD UNAUTHORIZED ACCESS TO THE Internet and that he viewed pornography.

(In violation of Title 18, United States Code, Section 1001).

## FORFEITURE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE THAT:

1.  Pursuant to Rule 32.2(a) FED. R. CRIM. P., the defendant is hereby notified that, if

3

convicted of any of the violations alleged in Counts 1 through 3 of this Indictment, the defendant shall forfeit the following property to the United States as part of the sentencing:

    a.    any and all matter which contains child pornography or any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260 produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2251 *et seq.*;

    b.    any and all property, real or personal, used or intended to be used to commit or to promote the commission of violations of Title 18, United States Code, Section 2251 *et seq.*, and any property traceable to such property; and

    c.    any and all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the violations of Title 18, United States Code, Section 2251 *et seq.*.

2.    If any property that is subject to forfeiture above it not available, it is the intention of the United States to seek an order forfeiting substitute assets pursuant to Title 21, United States Code, Section 853(p) and Federal Rule of Criminal Procedure 32.2(e).

3.    The property subject to forfeiture includes, but is not limited to, the following:

* Samsung Galaxy A25 with serial number R5CXCOSP81B;
* Samsung Galaxy A25 with serial number IMEI 350318402487609;
* Motorola G Power with serial number 351394590705382.

(In accordance with Title 18, United States Code, Section 2253).

Pursuant to the E-Government Act, the original of this page has been filed under seal in the Clerk's Office.

UNITED STATES v. DAVID CHRISTOHER SCHAEFER
Criminal No.: 4:25cr51

A TRUE BILL:
**REDACTED COPY**

_____
FOREPERSON

ERIK S. SIEBERT
UNITED STATES ATTORNEY

_____
Lisa R. McKeel
Assistant United States Attorney